# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KAREE LOGAN in her capacity as  
Trustee of BCB IRREVOCABLE TRUST, et al.,

        Plaintiffs,

vs.

HARTFORD LIFE AND ANNUITY  
INSURANCE COMPANY,

        Defendant.

Case No.  2:12-cv-02002-RCJ-CWH

**ORDER**

        This matter is before the Court on Defendant's Motion to Compel (#20), filed July 11, 2013.  The parties have filed a notice of settlement and indicated a dismissal with prejudice of all claims will be filed within thirty (30) days.  *See* Notice (#23).  Consequently, the motion to compel (#20) is moot.  Accordingly,

        **IT IS HEREBY ORDERED** that Defendant's Motion to Compel (#20) is **denied as moot**.

        **IT IS FURTHER ORDERED** that the parties shall submit a written Joint Status Report regarding the status of settlement by **Tuesday, September 3, 2013**.  If dismissal paperwork is submitted prior to the Joint Status Report deadline then the requirement that a written Joint Status Report be filed shall be automatically vacated.

        DATED: August 1, 2013.

                                              **C.W. Hoffman, Jr.**  
                                              **United States Magistrate Judge**