LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169

ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRRLaw.com
TODD D. ERB
Nevada Bar No. 12203
TErb@LRRLaw.com
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Hartford Life And Annuity Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREE LOGAN in her capacity as Trustee of BCB Irrevocable Trust, LYNN BEGGS in her capacity as Trustee of BCB Irrevocable Trust Dated February 5, 2008, and ROBIN BELL, as an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, a Connecticut company, DOES 1 through 5, and ROE 6 through 10,<br><br>Defendants. | Case No. 2:12-cv-02002-JAD-CWH<br><br>**AMENDED STIPULATION AND ORDER OF DISMISSAL** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.

/ / /

/ / /

/ / /

/ / /

-1-

3726317.1

1  Each party will bear its own attorneys' fees and costs.

2  RESPECTFULLY SUBMITTED this 23rd day of September, 2013.

3  MARTIN & ALLISON LTD                    LEWIS ROCA ROTHGERBER LLP

4  By /s/ *Robert D. Martin*                BY: */s/ Todd D. Erb*
       ROBERT D. MARTIN, Esq.                    ANN-MARTHA ANDREWS
5      Nevada Bar No. 1230                       Nevada Bar No. 7585
       CHERYL C. BRADFORD                        TODD D. ERB
6      Nevada Bar No. 9765                       Nevada Bar No. 12203
7  Attorneys For Plaintiffs.               Attorneys for Hartford Life and Annuity
                                           Insurance Company
8

9  **IT IS SO ORDERED:**

10 _____
   UNITED STATES DISTRICT JUDGE

11 **Dated:** September 23, 2013.